**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee,*

v.

DANIEL CARSON LEWIS,
    *Defendant-Appellant.*

No. 03-30281

D.C. No.
CR-01-00149-A-
JWS

OPINION

On Remand from the United States Supreme Court

Filed September 1, 2005

Before: Cynthia Holcomb Hall, Andrew J. Kleinfeld, and
Kim McLane Wardlaw, Circuit Judges.

Opinion by Judge Hall

---

**COUNSEL**

Teresa S. Ridle and Rebecca S. Copeland, Patton Boggs, LLP,
Anchorage, Alaska, for the defendant-appellant.

Karen Loeffler, Assistant United States Attorney, Anchorage, Alaska, for the plaintiff-appellee.

## OPINION

HALL, Senior Circuit Judge:

We considered this case in July of 2004 and we affirmed the convictions and the sentence. *United States v. Lewis*, No. 03-30281, 111 Fed.Appx. 876 (9th Cir. Sept. 24, 2004). The Supreme Court granted certiorari, and vacated the decision and remanded the case to us in light of *United States v. Booker*, 125 S.Ct. 738 (2005). *Lewis v. United States*, 125 S.Ct. 1404 (2005). Because Petitioner did not challenge his sentence on Sixth Amendment grounds in the district court, we grant a limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) (en banc). *See United States v. Moreno-Hernandez*, No. 03-30387, 2005 WL 1964483, at *8 (9th Cir. August 17, 2005) (holding that "defendants are entitled to limited remands in *all* pending direct criminal appeals involving unpreserved *Booker* error, whether constitutional or nonconstitutional.").

**REMANDED.**